**No. 09-9527. Buony Roum, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2117, 176 L. Ed. 2d 743, 2010 U.S. LEXIS 3357.

April 19, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 985 A.2d 463.

**No. 09-9537. Jovito Matas Binoya, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2118, 176 L. Ed. 2d 743, 2010 U.S. LEXIS 3390.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 359 Fed. Appx. 383.

**No. 09-9540. Andrew E. Warrington, Petitioner v. Perry Phelps, Warden, et al.**

559 U.S. 1079, 130 S. Ct. 2118, 176 L. Ed. 2d 743, 2010 U.S. LEXIS 3388.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9543. Shawndale D. Saunders, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2118, 176 L. Ed. 2d 743, 2010 U.S. LEXIS 3328.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 355 Fed. Appx. 714.

**No. 09-9544. James Clinton McCorvey, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2118, 176 L. Ed. 2d 743, 2010 U.S. LEXIS 3375.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9546. Anthony Moreland, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2118, 176 L. Ed. 2d 743, 2010 U.S. LEXIS 3462.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 355 Fed. Appx. 376.

**No. 09-9549. Jorge W. Cortes-Morales, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2118, 176 L. Ed. 2d 743, 2010 U.S. LEXIS 3361.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9550. Akil Dorsey, aka Thomas Michael Reed, aka Kil Dorsey, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2119, 176 L. Ed. 2d 743, 2010 U.S. LEXIS 3405.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 518.